Walter H. Walker, III (SB #63117)
Jeffrey S. Walker, (SB #333335)
WALKER, HAMILTON & KEARNS LLP
50 Francisco Street, Suite 460
San Francisco, CA 94133
Tel: (415) 986-3339
Fax: (415) 986-1618
E-Mail: jeff@whk-law.com; e-service@whk-law.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liza Gold, individually and as successor in interest to Ari Gold,<br><br>Plaintiff,<br><br>v.<br><br>California Highway Patrol, Christopher Weaver, Kristi Cho, Owen Rogers, and DOES 1-15, inclusive,<br><br>Defendants. | Case No. 3:23-cv-03414-RFL<br><br>**PLAINTIFF'S STATEMENT OF INVOLVED INDIVIDUALS**<br><br>Hearing Date: May 1, 2025<br>Hearing Time: 10:00 a.m.<br>Location: 450 Golden Gate Ave., Courtroom 15, 18th Floor, San Francisco, California<br>Judge: Hon. Rita F. Lin<br>Trial Date: May 19, 2025 |

  Plaintiff is being represented at trial by counsel from the firm Walker, Hamilton & Kearns, including Walter Walker, Jeffrey Walker, and Clarissa Kearns.

  Plaintiff is Liza Gold, mother of decedent Ari Gold.

PLAINTIFF'S STATEMENT OF INVOLVED INDIVIDUALS

Potential witnesses for plaintiff were listed in the previously filed Joint Pretrial Conference Statement, including plaintiff's experts Dr. Judy Melinek, Anita Zannin Vita, Dr. Michael Freeman, Jason Fries, Jack Friedman, Roger Clark, Dr. Alan Wu, David Foley; treating heath care providers Dr. John Crenshaw, Dr. Shem, Dr. Lucia, Dr. Gale Hull; caregivers, therapists and home service providers Trent Riley, Greta Scott, Fernando, Haneda; evidence witnesses Michelle Gunsman and Dana Weaver; plaintiff's family members John Anderson and Erica Anderson; defendants Kristi Cho and Christopher Weaver and CHP personnel Sgt. Pia, Sgt. Donga, Marie Stratcham, and Officer Aguilar.

DATED: April 24, 2025                    WALKER, HAMILTON & KEARNS, LLP

By: /s/ Walter Walker
Walter H. Walker, III
Jeffrey S. Walker
Attorneys for plaintiff LIZA GOLD
individually and as successor in
interest to ARI GOLD