1  ROB BONTA
   Attorney General of California
2  ELISABETH A. FRATER
   Supervising Deputy Attorney General
3  ROLANDO PASQUALI
   Deputy Attorney General
4  State Bar No. 106836
   KYMBERLY SPEER
5  Deputy Attorney General
   State Bar No. 121703
6   455 Golden Gate Avenue, Suite 11000
    San Francisco, CA  94102-7004
7   Telephone:  (415) 510-4400
    E-mail:  Rolando.Pasquali@doj.ca.gov
8   E-mail:  Kymberly.Speer@doj.ca.gov
   *Attorneys for Defendants State of California,*
9  *by and through the California Highway Patrol,*
   *CHP Officers Kristi Cho and Christopher Weaver*

Walter H. Walker, III (SB #63117)
Jeffrey S. Walker, (SB #333335)
WALKER, HAMILTON & KEARNS LLP
50 Francisco Street, Suite 460
San Francisco, CA 94133
Tel: (415) 986-3339
Fax: (415) 986-1618
E-Mail:  jeff@whk-law.com; e-service@whk-law.com

Attorneys for PLAINTIFF Liza Gold,
individually and as successor in interest to
Ari Gold

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **LIZA GOLD, individually and as successor in interest to ARI GOLD ,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA HIGHWAY PATROL, CHRISTOPHER WEAVER, KRISTI CHO,**<br><br>Defendants. | 3:23-cv-03414-RFL<br><br>**JOINT LIST OF EXHIBITS FOR TRIAL**<br><br>Date:          May 1 , 2025<br>Time:          10:00 a.m..<br>Courtroom:  15, 18th Floor<br>Judge:         The Honorable Rita F. Lin<br>Trial Date:   May 19, 2025<br>**Action Filed: July 7, 2023** |

The parties to the above-entitled action submit the following joint list of exhibits that may be introduced at trial with objections and responses to objections:

1

| Exh. No. | Name | Purpose/ Sponsor | Obj? | Response | Court Notes |
|---|---|---|---|---|---|
| 1 | CHP Critical Incident Policy/Procedures Evaluation | Liability / Christopher Weaver, Kristi Cho or Sgt. Pia | Hearsay. Fed. R. Evid. 802. Plaintiff has refused to provide what they intend to use, but defendants believe that this exhibit may also include information from personnel files which is the subject of defendants' Motion in Limine #3. | This document was produced by defendant and is Bates Stampe CHP 1108-1130. Hearsay exception as record of regularly conducted activity FRE 804(6) or public records FRE 804(8) or under FRE 807 | |
| 2 | Critical Incident Reconstruction Report | Liability / Christopher Weaver, Kristi Cho or Sgt. Pia | Hearsay. Fed. R. Evid. 802. | Hearsay exception as record of regularly conducted activity FRE 804(6) or public records FRE 804(8) or under FRE 807 | |
| 3 | Monterey D.A.'s Executive Summary | Liaibilty / Christopher Weaver, Kristi Cho or Sgt. Pia | Hearsay. Fed. R. Evid. 802. | Hearsay exception as record of regularly conducted activity FRE 804(6) or public records FRE 804(8) or under FRE 807 | |
| 4 | Incident Detail Report for 7/23/19 | Liability / Weaver or Cho | Hearsay. Fed. R. Evid. 802. | Hearsay exception as record of regularly conducted activity FRE 804(6) or public | |

2

| | | | | |
|---|---|---|---|---|
| | | | | records FRE 804(8) or under FRE 807 | |
| 5 | Monterey Daily Beat Assignment | Liability / Weaver or Cho | | |
| 6 | Transcript of Recorded Interview of Dana Weaver | Liability / Sgt. Pia, Sgt. Dunca, or C. Weaver | Hearsay. Fed. R. Evid. 802. | Offered for impeachment purposes if needed |
| 7 | DUI Report by Officer Rios | Liability / C. Weaver or K. Cho | Hearsay. Fed. R. Evid. 802. | Hearsay exception as record of regularly conducted activity FRE 804(6) or public records FRE 804(8) or under FRE 807 |
| 8 | MAIT Supplement Report | Liability / C. Weaver, K. Cho, or Sgt. Pia | Hearsay. Fed. R. Evid. 802. | Hearsay exception as record of regularly conducted activity FRE 804(6) or public records FRE 804(8) or under FRE 807 |
| 9 | Home video from surveillance Camera | Liability / Liza Gold or Lt. Coomer | | |
| 10 | Expert Created Illustrations (Positions_02. pdf pgs 1-14) | Liability / Jason Fries | Illustrations created as PowerPoints and Slides are the subject of defendants' Motion in Limine # 6. In addition, defendants reserve all other objections | Defendants were served with this exhibit both in December of 2024 as well as in response to defendant's MIL No. 6. |

3

| | | | | | |
|---|---|---|---|---|---|
| | | | because they have not seen this Exhibit. In response to defense counsel's request for a copy, plaintiff's counsel stated in an e-mail on April 27 "I am not sure we are required to turn over exhibits to you." | | |
| 11 | Report of Jason Fries, 3D Forensics | Foundation for Exhibit 10 / Jason Fries | Hearsay. Fed. R. Evid. 802. This expert's file is the subject of defendant's Motion in Limine #6 | Not hearsay. It is subject to cross examination before the jury. | |
| 12 | 4 Scene Photos in Immediate Aftermath of Shooting | Liability / Cho, Weaver, Aguilar | Defendants may have no objection, but plaintiff has refused to provide the photographs. Therefore, defendants reserve their objections pending photo review | | |
| 13 | 3 Photos of Gold after Shooting | Liability and Damages / Cho, Weaver, Aguilar | Defendants have not seen which photographs plaintiff intends to use. Plaintiff's counsel stated in an e-mail on April 27 "I am not sure we are required to turn over exhibits to | | |

4

| | | | | | |
|---|---|---|---|---|---|
| | | | you." Based on the description, defendants object and note that these are the subject of defendants' Motion in Limine #5 | | |
| 14 | Photo of Gun on Floor | Liability / Cho, Weaver, Aguilar | | | |
| 15 | Photo of Air Rifle | Liability / Cho, Weaver, Aguilar | | | |
| 16 | 7 Photos of Bullet Holes in Walls | Liaiblity / Cho, Weaver, Aguilar | Defendants may have no objection, but plaintiff has refused to provide the photographs. Therefore, defendants reserve their objections pending photo review | | |
| 17 | Cho Drawing of Figure on Shower Ledge | Liability / Kristi Cho | | | |
| 18 | Report of Anita Zanin | Liability / Anita Zanin | Hearsay. Fed. R. Evid. 802 | Not hearsay, subject to cross examination before the jury. | |
| 19 | Bullet Hole Photo of Ari Gold Left Shoulder | Liability / Liza Gold | Defendants have not seen which photograph plaintiff intends to use. Plaintiff's counsel stated in an e-mail on April 27 "I am not sure we are required to turn over exhibits to | | |

5

| | | | you." Based on the description, defendants object and note that this the subject of defendants' Motion in Limine #5 | | |
|---|---|---|---|---|---|
| 20 | Booking Photo of Ari Gold | Liability / Liza Gold | Objection. Relevance. Fed. R. Evid. 402 | Relevant to show Ari Gold after he was shot. | |
| 21 | Pathology report of Judy Melinek, M.D. | Liability and Damages / Judy Melinek | Objection. Hearsay, Fed. R. Evid. 802; and Relevance, Fed. R. Evid. 402. | Not hearsay, subject to cross examination before the jury. | |
| 22 | Report of Michael Freeman, M.D. | Liability and Damages / Michael Freeman | Objection. Hearsay, Fed. R. Evid. 802; and Relevance, Fed. R. Evid. 402. | Not hearsay, subject to cross examination before the jury. | |
| 23 | Internal Investigation Report of Weaver 12/10/20 | Liability / Christopher Weaver | Objection. Hearsay, Fed. R. Evid. 802. This report is also the subject of defendants' Motions in Limine #2 and #3. | Not hearsay as it is not offered for the truth of the matter asserted. Offered instead to show Weaver's state of mind at the time of the incident. | |
| 24 | Internal Investigation Report of Weaver 10/6/20 | Liability / Christopher Weaver | Objection. Hearsay, Fed. R. Evid. 802. This report is also the subject of defendants' Motions in Limine #2 and #3. | Not hearsay as it is not offered for the truth of the matter asserted. Offered instead to show Weaver's state of mind at the time of the incident. | |

6

| | | | | |
|---|---|---|---|---|
| 25 | Notice of Internal Investigation of Weaver 11/2/20 | Liability / Christopher Weaver | Objection. Hearsay, Fed. R. Evid. 802. This report is also the subject of defendants' Motions in Limine #2 and #3. | Not hearsay as it is not offered for the truth of the matter asserted. Offered instead to show Weaver's state of mind at the time of the incident. |
| 26 | Internal Investigation of Weaver | Liability / Christopher Weaver or Sgt. Pia | Objection. Hearsay, Fed. R. Evid. 802. This report is also the subject of defendants' Motions in Limine #2 and #3. | Not hearsay as it is not offered for the truth of the matter asserted. Offered instead to show Weaver's state of mind at the time of the incident. |
| 27 | Notice of Administrative Interrogation of Weaver | Liability / Christopher Weaver | Objection. Hearsay, Fed. R. Evid. 802. This report is also the subject of defendants' Motions in Limine #2 and #3. | Not hearsay as it is not offered for the truth of the matter asserted. Offered instead to show Weaver's state of mind at the time of the incident. |
| 28 | Administrative Intgerrogation Record re Weaver 11/13/20 | Liability / Christopher Weaver | Objection. Hearsay, Fed. R. Evid. 802. This report is also the subject of defendants' Motions in Limine #2 and #3. | Not hearsay as it is not offered for the truth of the matter asserted. Offered instead to show Weaver's state of mind at the time of the incident. Further, offered for |

7

| | | | | | |
|---|---|---|---|---|---|
| | | | | impeachment purposes. | |
| 29 | Transcript of Interview with Weaver 11/13/20 | Liability / Christopher Weaver | Objection. Hearsay, Fed. R. Evid. 802. This report is also the subject of defendants' Motions in Limine #2 and #3. | Not hearsay as it is not offered for the truth of the matter asserted. Offered instead to show Weaver's state of mind at the time of the incident. Further offered for impeachment purposes. | |
| 30 | Suspension Notice Weaver 6/17/20 | Liability / Christopher Weaver | Objection. Hearsay, Fed. R. Evid. 802. This report is also the subject of defendants' Motions in Limine #2 and #3. | Not hearsay as it is not offered for the truth of the matter asserted. Offered instead to show Weaver's state of mind at the time of the incident. | |
| 31 | Transcript of Recorded Interview of Christopher Weaver 7/25/19 | Liability / Christopher Weaver | Defendants request that the court defer ruling on this item until such time as Officer Weaver testifies | | |
| 32 | CHP General Order, Professional Values | Liability / Sgt. Dungca | Objection. Hearsay, Fed. R. Evid. 802. This report is also the subject of defendants' Motions in Limine #2 and #3 | This is not hearsay as it is not offered for the truth of the matter asserted. It is offered to show that there was a policy. | |

8

| | | | | | | |
|---|---|---|---|---|---|---|
| 33 | Professional Values Sheet for Weaver 5/15/20 | Liability / Christopher Weaver | | | | |
| 34 | Witness interview of Chris Pia by Lt. Coomer | Liability / Sgt. Pia | Objection. Hearsay, Fed. R. Evid. 802 | Offered for impeachment purposes. | | |
| 35 | Report of Jack Friedman | Liability / Jack Friedman | Objection. Hearsay, Fed. R. Evid. 802 | Not hearsay, subject to cross examination before the jury. | | |
| 36 | Report of Roger Clark | Liability / Roger Clark | Objection. Hearsay, Fed. R. Evid. 802 | Not hearsay, subject to cross examination before the jury. | | |
| 37 | Transcript of Recorded Interview of Kristi Cho 7/25/19 | Liability / Kristi Cho | Defendants request that the court defer ruling on this item until such time as Officer Cho testifies | | | |
| 38 | Task oriented Qualification Course--Pistol for Kristi Cho | Liability / Kristi Cho | Objection. Hearsay, Fed. R. Evid. 802; and Relevance, Fed. R. Evid. 402 | Not hearsay, not offered for the truth of the matter asserted. | | |
| 39 | CHP Professional Values form Kristi Cho | Liability / Kristi Cho | Objection. Hearsay, Fed. R. Evid. 802. This report is also the subject of defendants' Motion in Limine #3 | Not hearsay, not offered for the truth of the matter asserted. | | |
| 40 | CHP Use of Force Policy | Liability / Sgt. Dungka | Objection. Hearsay, Fed. R. Evid. 802 | This is not hearsay as it is not offered for the truth of the matter asserted. It is offered to show that there was a policy. | | |
| 41 | CHP General Order No. 110.91 | Liability / Sgt. Dungka | Objection. Hearsay, Fed. R. Evid. 802 | This is not hearsay as it is not offered for | | |

| | | | | |
|---|---|---|---|---|
| | | | | the truth of the matter asserted. It is offered to show that there was a policy. |
| 42 | POST Chapter 11, Crimes in Progress | Liability / Sgt. Dungka | Objection. Hearsay, Fed. R. Evid. 802 | This is not hearsay as it is not offered for the truth of the matter asserted. It is offered to show that there was a policy. |
| 43 | POST Chapter 14, Crisis Intervention | Liability / Sgt. Dungka | Objection. Hearsay, Fed. R. Evid. 802. Objection, Relevance Fed. R. Evid. 402. This is the subject of defendants' Motion in Limine #4 | This is not hearsay as it is not offered for the truth of the matter asserted. It is offered to show that there was a policy. |
| 44 | Medical Records including (AG 742-832) | Damages / Liza Gold | Defendants are unable to lodge targeted objections because this one "exhibit" lists 486 pages | |
| 45 | Kentfield Rehab Med Records (11,564 pages to be excerpted) | Damages / Liza Gold | Defendants are unable to lodge objections because the Kentfield records produced by plaintiff consist of 11,564 pages | |

| | | | | |
|---|---|---|---|---|
| 46 | Medical Bills (Including AG 838-907; Parnassus Hospital 8/15/19-8/30/19; Sutter Health 4/17/20-4/7/23; Kentfield Hospital SF 9/21/19-6/15/21) | Damages / Liza Gold | | |
| 47 | Equipment Bills (Including AG 833-837) | Damages / Liza Gold | Defendants are unable to formulate objections to this item as plaintiff has declined to provide a copy of what "Equipment Bills" plaintiff intends to offer. Plaintiff's counsel stated in an e-mail on April 27 "I am not sure we are required to turn over exhibits to you. | The pages have been provided pursuant to FRCP Rule 26 |
| 48 | Correspondence Ari Gold to Marie Anderson | Liability/ Liza Gold | Objection. Hearsay, Fed. R. Evid. 802 | Not hearsay, not offered for the truth of the matter asserted. |
| 49 | Investigator Scene Photos | Liability / Weaver, Cho, Aguilar | While they may be the subject door, MAIT photograph 106 shows three separate bullet trajectories through the door; photographs 911-915 do not | The objection lacks legal ground. |

11

| | | | | | |
|---|---|---|---|---|---|
| | | | appear to have bullet holes. Therefore, defendants object on foundational grounds. Photos 954-969 were identified when furnished to defendants pre-trial as "Photos by Liza Gold." The current evidence list states that they are "Investigator's Scene Photos." Defendants object as lacking foundation. The photos were taken after items were moved (cf shoes in 964 and 966), after blood on the floor had been wiped in different directions (e.g. 965), and so close up as to be misleading (e.g. 957 | | |
| 50 | Pre-injury photos (Including AG 944, 947, 950, 951) | | Defendants are unable to lodge objections. In a group of photographs provided by plaintiff, a series of photos between 00922-931 are un-numbered. In response to | | |

12

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | defense counsel's request for a copy of the plaintiff's exhibits, plaintiff's counsel stated in an e-mail on April 27 "I am not sure we are required to turn over exhibits to you. | | | |
| 51 | 12 Ari Gold Injury Photos (Including AG 952, 990, 995 and Photos from August 1, 6, 7, 10, 11, 27, 30; September 24; October 10; December 25 of 2019; and June 1, 8, 21, of 2020; and March 18, September 29, and October 19, 2022) | Damages / Liza Gold | Objection. Relevance, Fed. R. Evid. 402. In addition, defendants incorporate the arguments in their Motion in Limine #5 and #7. Photos 947-951 are the subject of Motion in Limine # 5. If a foundation is laid, no objection to #AG000939 and AG000952. Photos 991-995, 1002 are objected to as irrelevant. Fed. R. Evid. 402 | The photos of the injuries are relevant to the injuries sustained in this incident. | | |
| 52 | Essay by Ari Gold (AG 1000) | Damages / Liza Gold | Objection. Hearsay, Fed. R. Evid. 802 | Not hearsay, not offered for the truth of the matter asserted. | | |
| 53 | Diagram of home (AG 1005) | Liability / Liza Gold | | | | |
| 54 | Diagram of shooters | Liability / Weaver or Cho | | | | |

13

| | | | | | |
|---|---|---|---|---|---|
| 55 | Diagram of Weaver Shooting | Liability / Weaver | | | |
| 56 | Model of Bathroom | Liability / David Foley | Defendants are unable to lodge objections as they have requested, but not been provided access to or images of the "model" which plaintiff intends to use. | The model is being created as of this writing. Defendants will be provided with the exhibit for inspection as soon as it exists. | |
| 57 | Report of Alan Wu, Ph.D. | Liability/ Alan Wu | Objection. Hearsay, Fed. R. Evid. 802 | Not hearsay, subject to cross examination before this jury. | |
| 101. | Audio Recording | Weaver Call to Dispatch on July 23, 2019. Sponsor/Christ opher Weaver | Stipulate as Admissible | | |
| 102. | Transcript | Weaver Call to Dispatch on July 23, 2019. Sponsor/Christ opher Weaver | Stipulate as Admissible | | |
| 103. | Recording .m p3 | Dispatch communication s, information to Weaver. Sponsor/Christ opher Weaver | Stipulate as Admissible | | |
| 104. | Audio/Video Recording | Ari Gold with Monterey Police at 4:00 pm on July 23, 2019. Sponsor/Andre w Herndon | Object Relevance, Responding Officers not aware at time of incident | See defense response to MIL #1. Ari Gold's actions and behavior is key to deciding if the officers' actions were reasonable. Plaintiff's experts rely on | |

14

| | | | | Ari Gold's statements for their own opinions, credit him on clear memory of events. | |
|---|---|---|---|---|---|
| 105. | Transcript | Ari Gold with Monterey Police at 4:00 pm on July 23, 2019. Sponsor/Andrew Herndon | Object Relevance, Responding Officers not aware at time of incident | See defense response to MIL #1. Ari Gold's behavior is key to deciding if the officers' actions were reasonable. Plaintiff's experts rely on Ari Gold's statements for their own opinions, credit him on clear memory of events. | |
| 106. | Floorplan | 22484 Estoque Place, Salinas, CA Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 107. | Firearms Exam | Gun Condition Sponsor/Rachel Frase | Object. Relevance, unduly prejudicial, calls for undisclosed expert opinion. | The witness established which bullet found in Ari's body was fired by which officer. These facts are relevant to each officer's defenses to charges of excessive force and negligence. | |

15

| | | | | |
|---|---|---|---|---|
| 108. | Physical Evidence Examination Report | Auto Ordinance Corp. pistol Serial #A0A17389 Sponsor/Linh Dang | Object. Relevance, unduly prejudicial, calls for undisclosed expert opinion. | That the witness has special training in processing evidence does not mean s/he is an "expert" witness who had to be disclosed. Examination of blood found on Ari Gold's gun is directly relevant to establishing the timeline of events during the shooting. |
| 109. | CLETS Printout | Ownership Sponsor/John Anderson or Robert Grindy | Objection, this document has been expressly withheld in discovery. (See CHP 00467) | |
| 110. | PowerPoint | Time Line Sponsor/Alicia Cox | Objection. Unclear as to what this document is. | |
| 111. | Audio Recording | Ari Gold plea agreement. Monterey County Superior Court 18CR009858 and related case. Sponsor/Liza Gold or Fed. R. Evid. | Object. Relevance, and unduly prejudicial. | See defense response to MIL #1. Ari Gold's behavior is key to deciding if the officers' actions were reasonable. Plaintiff's experts rely on Ari Gold's statements for their own opinions, credit him on clear |

| | | | | |
|---|---|---|---|---|
| | | | | memory of events. |
| 112. | Certified Copy of Wavier of Rights/No Contest Plea Penal Code §148(c)(1) | Court Record Monterey County Superior Court 18CR009858 Sponsor/Liza Gold or Fed. R. Evid. | Object. Relevance, and unduly prejudicial. | See defense response to MIL #1.  Ari Gold's behavior is key to deciding if the officers' actions were reasonable. Plaintiff's experts rely on Ari Gold's statements for their own opinions, credit him on clear memory of events. |
| 113. | Certified Copy of Wavier of Rights/No Contest Plea Penal Code § 422 | Court Record Monterey County Superior Court #19CR007589.  Sponsor/Fed. R. Evid. 803(8). | Object. Relevance, and unduly prejudicial. | See defense response to MIL #1.  Ari Gold's behavior is key to deciding if the officers' actions were reasonable. Plaintiff's experts rely on Ari Gold's statements for their own opinions, credit him on clear memory of events. |

| | | | | |
|---|---|---|---|---|
| 114. | Certified Copy of Wavier of Rights/No Contest Plea to Felony. Vehicle Code § 10851. | Court Record Monterey County Superior Court #19CR008974. Sponsor/Liza Gold or Fed. R. Evid. | Object. Relevance, and unduly prejudicial. | See defense response to MIL #1. Ari Gold's behavior is key to deciding if the officers' actions were reasonable. Plaintiff's experts rely on Ari Gold's statements for their own opinions, credit him on clear memory of events. | |
| 115. | Certified Copy of Wavier of Rights/No Contest Plea Penal Code § 484 | Court Record Monterey County Superior Court #17CR000972. Sponsor/Fed. R. Evid. | Object. Relevance, and unduly prejudicial. | See defense response to MIL #1. Ari Gold's behavior is key to deciding if the officers' actions were reasonable. Plaintiff's experts rely on Ari Gold's statements for their own opinions, credit him on clear memory of events. | |

| | | | | | |
|---|---|---|---|---|---|
| 116. | Plaintiff's Responses to Requests for Admissions | Liability and Damages. Sponsor/Liza Gold. | Object as to certain admissions which contain information sought to be precluded by MILs. Object as to responses that are not admissions. | The court should rule on these objections after ruling on the motions in limine. | |
| 117. | Physical Examination Report | Liability. Sponsor/John Lutz. | Objection, this calls for the opinion of an undisclosed expert witness. | That the witness has special training in processing evidence does not mean s/he is an "expert" witness who had to be disclosed. | |
| 118. | Audio Recording .mp3 | Ari Gold at Hospital Post Shooting. Sponsor/Erick Morris | Object. Relevance and unduly prejudicial. | See defense response to MIL #1. Ari Gold's behavior is key to deciding if the officers' actions were reasonable. Plaintiff's experts rely on Ari Gold's statements for their own opinions, credit him on clear memory of events. | |
| 119. | Transcript | Transcript of Ari Gold at Hospital Post Shooting. Sponsor/Erick Morris | Object. Relevance and unduly prejudicial. | See defense response to MIL #1. Ari Gold's behavior is key to deciding if the officers' actions | |

| | | | | were reasonable. Plaintiff's experts rely on Ari Gold's statements for their own opinions, credit him on clear memory of events. | |
|---|---|---|---|---|---|
| 120. | Search Warrant | Blood Draw, Ari Gold. Sponsor/Jamie Rios | Object. Relevance and unduly prejudicial. | Blood draw confirmed that Ari Gold was under the influence of methamphetamine | |
| 121. | Side by Side Diagrams | Shot Distribution. Sponsor/Robert Grindy | Object Calls for undisclosed expert opinion. | That the witness has special training in processing evidence does not mean s/he is an "expert" witness who had to be disclosed. | |
| 122. | PowerPoint | Bullet Fragments. Sponsors/Robert Grindy and David Ritter | Object Calls for undisclosed expert opinion. | That the witness has special training in processing evidence does not mean s/he is an "expert" witness who had to be disclosed. | |
| 123. | Scan Image | Bathroom Measurements. Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 124. | ML-024-19 Figures | Diagrams. Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |

| | | | | |
|---|---|---|---|---|
| 125. | Diagram | Trajectories. Liability. Sponsor/Robert Grindy | Objection, unable to identify document. | This diagram is from the same sequence of drawings to which Plaintiff has stipulated. |
| 126. | Photograph | Bathroom. Liability Sponsor/David Ritter. | Objection, unable to identify document. | This photograph has been identified as Area Where Gold Sat.jpg |
| 127. | Photograph | Bedroom. Liability. Sponsor/David Ritter | Objection, unable to identify document. | This photograph has been identified as Bedroom View from Bed Toward Bath Door.jpg |
| 128. | Photograph | Floor. Liability. Sponsor/David Ritter | Objection, unable to identify document. | This photograph has been identified as Blood outside of Bathroom Door.jpg |
| 129. | Diagram | Bathroom. Liability. Sponsor/David Ritter | Objection, unable to identify document. | This photograph has been identified as Diagram of Toilet-Sink Bullet Fragment Locations Zoom In.jpg |
| 130. | Diagram | Master Suite. Liability Sponsor/David Ritter and Robert Grindy | Objection, unable to identify document. | This diagram has been identified as Bullet Fragment Locations.jpg |
| 131. | Diagram | Master Suite and jacuzzi. Liability. Sponsor/David Ritter and Robert Grindy | Objection, unable to identify document. | This diagram has been identified as Casings Locations.jpg |

| 132. | Diagram | Jacuzzi Room. Liability. Sponsor/Robert Grindy | Objection, unable to identify document. | This diagram has been identified as 32 Diagram of Location of Items 201-211.jpg | |
|------|---------|---------|---------|---------|---|
| 133. | Photograph | House Entrance. Sponsor/Kristi Cho or Christopher Weaver. | Objection, unable to identify document. | This photograph has been identified as Entrance to House.jpg | |
| 134. | Photograph | IMG 0001 Jacuzzi & Floor. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 135. | Photograph | IMG 0004 Gun on Floor. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 136. | Photograph | IMG 0005 Gun on Floor. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 137. | Photograph | IMG 0006 Gun side Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 138. | Photograph | IMG 0007 Gun side. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 139. | Photograph | IMG 0009 Gun and Serial Number. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |

| | | | | | |
|---|---|---|---|---|---|
| 140. | Photograph | IMG 010 Bedroom Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 141. | Photograph | IMG 0013 Gun & Bullet. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 142. | Photograph | IMG 0013 Bullet Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 143. | Photograph | IMG 0015 Gun by Jacuzzi. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 144. | Photograph | IMG 0016 Gun with ammo. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 145. | Photograph | IMG 0018 Fireplace Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 146. | Photograph | IMG 0018 Entry to bedroom. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 147. | Photograph | Armoire and Jacuzzi. Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |

Joint List of Exhibits for Trial  (3:23-cv-03414-RFL)

| | | | | | |
|---|---|---|---|---|---|
| 148. | Photograph | IMG 0020. Rifle Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 149. | Photograph | IMG 0031 Pants. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 150. | Photograph | IMG 0033 Search of Pants. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 151. | Photograph | IMG 0034 Rounds in pants pocket. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 152. | Photograph | IMG 0035 Pocket Contents. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 153. | Photograph | IMG 0050 Trajectories Liability. Sponsor/Rober t Grindy | Stipulate as Admissible | | |
| 154. | Photograph | IMG 0052 Sink Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 155. | Photograph | IMG 0053 Shower Liability. Sponsor/David Ritter | Stipulate as Admissible | | |

24

| | | | | | |
|---|---|---|---|---|---|
| 156. | Photograph | IMG 0055 Bathroom Reverse View. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 157. | Photograph | IMG 0057 Floor Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 158. | Photograph | IMG 0058 Item 210 Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 159. | Photograph | IMG 0060 Item 211 Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 160. | Photograph | IMG 0062 Clip #1 Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 161. | Photograph | IMG 0063 Floor in bedroom. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 162. | Photograph | IMG 0064 Clip #2 Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 163. | Photograph | IMG 0079 Bathroom door and fireplace Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |

| | | | | | |
|---|---|---|---|---|---|
| 164. | Photograph | IMG Markers 8 & 19 Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 165. | Photograph | IMG 0082 Bedroom Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 166. | Photograph | IMG 0082 Bullet Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 167. | Photograph | IMG 0084 Bullet #9 Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 168. | Photograph | IMG 0086 Bullet Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 169. | Photograph | IMG 0087 Strikemark 126. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 170. | Photograph | IMG 0088 Closeup of Strikemark. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 171. | Photograph | IMG 0097 Bedroom and Jacuzzi Room Liability. Sponsor/David Ritter | Stipulate as Admissible | | |

26

| | | | | | |
|---|---|---|---|---|---|
| 172. | Photograph | IMG 0091 Wall with gunshots. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 173. | Photograph | IMG 0091 Bullet Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 174. | Photograph | IMG 0092 Shower Stall. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 175. | Photograph | IMG 0092 Jacuzzi from fireplace. Liability. Sponsor/Rober t Grindy | Stipulate as Admissible | | |
| 176. | Photograph | IMG 0093 Jacuzzi from foot of bed. Liability. Sponsor/Rober t Grindy | Stipulate as Admissible | | |
| 177. | Photograph | IMG 0100 Armoire & Jacuzzi. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 178. | Photograph | IMG 0100 In Front of Armoire. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |

| 179. | Photograph | IMG 0103 Marker 15 Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
|---|---|---|---|---|---|
| 180. | Photograph | IMG 0105 Door, Jacuzzi and Floor Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 181. | Photograph | IMG 0105 Marker 15 Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 182. | Photograph | IMG 0107 Jacuzzi Room Entrance Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 183. | Photograph | IMG 0107 Grey Truck Liability. Sponsor/Kristi Cho. | Stipulate as Admissible | | |
| 184. | Photograph | IMG 0108 Marker 16 bullet fragment Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 185. | Photograph | IMG 0109 doorway Liability. Sponsor/David Ritter | Stipulate as Admissible | | |

| | | | | |
|---|---|---|---|---|
| 186. | Photograph | IMG 0110 gun blood and belt Liability. Sponsor/David Ritter | Stipulate as Admissible | |
| 187. | Photograph | IMG 0111 Bathroom exposure brightened. Liability. Sponsor/David Ritter | Objection. Unable to identify document, but appears to be a doctored photo without expert testimony to justify editing. | This photograph is the same as No. 190 lightened to show detail. It was not produced as anything but a "lightened" version of another photograph, therefore was not "doctored" and passed off as something it's not. |
| 188. | Photograph | IMG 0111 Bathroom. Liability. Sponsor/David Ritter | Stipulate as Admissible | |
| 189. | Photograph | IMG 0112 Floor of bathroom exposure brightened. Liability. Sponsor/David Ritter | Objection. Unable to identify document, but appears to be a doctored photo without expert testimony to justify editing. | This photograph is the same as No. 190 lightened to show detail. It was not produced as anything but a "lightened" version of another photograph, therefore was not "doctored" and passed off as something it's not. |

| | | | | | |
|---|---|---|---|---|---|
| 190. | Photograph | IMG 0112 Floor of bathroom. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 191. | Photograph | IMG 0112 Shower area. Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 192. | Photograph | IMG 0113 Shower reverse angle. Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 193. | Photograph | IMG 0115 Shower Stall. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 194. | Photograph | IMG 0116 Glass behind shower stall (right side) Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 195. | Photograph | IMG 0116 Grey Truck. Liability. Sponsor/Kristi Cho | Stipulate as Admissible | | |
| 196. | Photograph | IMG 0117 Mirror. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |

Joint List of Exhibits for Trial  (3:23-cv-03414-RFL)

| | | | | | |
|---|---|---|---|---|---|
| 197. | Photograph | IMG 0118 Brightened. Liability. Sponsor/David Ritter | Objection. Unable to identify document, but appears to be a doctored photo without expert testimony to justify editing. | This photograph is the same as No. 198 lightened to show detail. It was not produced as anything but a "lightened" version of another photograph, therefore was not "doctored" and passed off as something it's not. | |
| 198. | Photograph | IMG 0118 Glass behind shower stall (right side) Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 199. | Photograph | IMG 0118 Sink. Marker 19. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 200. | Photograph | IMG 0119 Bathroom view from right corner. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 201. | Photograph | IMG 0120 Bullet. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 202. | Photograph | IMG 0127 Bathroom Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |

| | | | | | |
|---|---|---|---|---|---|
| 203. | Photograph | IMG 0128 doorway and man. Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 204. | Photograph | IMG 0130 Exterior of bathroom. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 205. | Photograph | IMG 0134 Bullet Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 206. | Photograph | IMG 0178 Trajectories. Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 207. | Photograph | IMG 0192 Trajectories. Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 208. | Photograph | IMG 0227 Trajectory. Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 209. | Photograph | IMG 0234 Mirror. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 210. | Photograph | IMG 0235 Mirror. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |

32

| | | | | | |
|---|---|---|---|---|---|
| 211. | Photograph | IMG 0264 Trajectories. Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 212. | Photograph | IMG 0266 Trajectories. Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 213. | Photograph | IMG 0271 Numbering Key Liability. Sponsor/David Ritter and Robert Grindy | Stipulate as Admissible | | |
| 214. | Photograph | IMG 0273 behind glass wall. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 215. | Photograph | IMG 0276 Trajectories. Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 216. | Photograph | IMG 0282 Trajectories. Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 217. | Photograph | IMG 0291 Trajectories. Liability. Sponsor/Robert Grindy and David Ritter | Stipulate as Admissible | | |

| | | | | | |
|---|---|---|---|---|---|
| 218. | Photograph | IMG 0292 Trajectories. Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 219. | Photograph | IMG 0298 Trajectories. Liability. Sponsor/Robert Grindy | Stipulate as Admissible | | |
| 220. | Photograph | IMG 0301 Gun Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 221. | Photograph | IMG 0367 Trajectories. Liability. Sponsor/Robert Grindy and David Ritter | Stipulate as Admissible | | |
| 222. | Photograph | IMG 0371 Shoes. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 223. | Photograph | IMG 0375 Shoes. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 224. | Photograph | IMG 0378 Brightened. Liability. Sponsor/David Ritter | Objection. Unable to identify document, but appears to be a doctored photo without expert testimony to justify editing. | This photograph is the same as No. 225 lightened to show detail. It was not produced as anything but a "lightened" version of another photograph, therefore was not "doctored" | |

| | | | | and passed off as something it's not. | |
|---|---|---|---|---|---|
| 225. | Photograph | IMG 0378 Back of Shower Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| 226. | Photograph | View from corner master suite. Liability. Sponsor/Robert Grindy | Objection. Unable to identify document | | |
| 227. | Diagram | Master Site Liability. Sponsor/Robert Grindy | Objection. Unable to identify document | Photograph was produced as entitled. Plaintiff has stipulated to others produced at the same time, photograph can be revisited at Pretrial Conference. | |
| 228. | Photograph | Red Truck. Liability. Sponsor/Christopher Weaver and Kristi Cho | Objection. Unable to identify document | Photograph was produced as entitled. Plaintiff has stipulated to others produced at the same time, photograph can be revisited at Pretrial Conference. | |

35

| 229. | Photograph | Red Truck. Liability. Sponsor/Christopher Weaver and Kristi Cho | Objection. Unable to identify document | Photograph was produced as entitled. Plaintiff has stipulated to others produced at the same time, photograph can be revisited at Pretrial Conference. | |
|---|---|---|---|---|---|
| 230. | Photograph | Red Truck. Liability. Sponsor/Christopher Weaver and Kristi Cho | Objection. Unable to identify document | Photograph was produced as entitled. Plaintiff has stipulated to others produced at the same time, photograph can be revisited at Pretrial Conference. | |
| 231. | Photograph | Shower well. Liability. Sponsor/David Ritter | Objection. Unable to identify document | Photograph was produced as entitled. Plaintiff has stipulated to others produced at the same time, photograph can be revisited at Pretrial Conference. | |
| 232. | Photograph | Side of House. Liability. Sponsor/Christopher Weaver and Kristi Cho | Objection. Unable to identify document | Photograph was produced as entitled. Plaintiff has stipulated to others produced at the same time, photograph can be revisited at | |

| | | | | Pretrial Conference. | |
|---|---|---|---|---|---|
| 233. | Photograph | Trajectories. Liability. Sponsor/Robert Grindy and David Ritter | Objection. Unable to identify document | Photograph was produced as entitled. Plaintiff has stipulated to others produced at the same time, photograph can be revisited at Pretrial Conference. | |
| 234. | Photograph | Trajectories and corner. Liability. Sponsor/Robert Grindy and David Ritter | Objection. Unable to identify document | Photograph was produced as entitled. Plaintiff has stipulated to others produced at the same time, photograph can be revisited at Pretrial Conference. | |
| 235. | Photograph | Trajectories and floor. Liability. Sponsor/Robert Grindy and David Ritter | Objection. Unable to identify document | Photograph was produced as entitled. Plaintiff has stipulated to others produced at the same time, photograph can be revisited at Pretrial Conference. | |

Joint List of Exhibits for Trial  (3:23-cv-03414-RFL)

| | | | | | |
|---|---|---|---|---|---|
| 236. | CAD Log | Monterey Communications Center Liability. Sponsor/Alicia Cox and Christopher Weaver | Stipulate as Admissible | | |
| 237. | CHP Beat Sheet | Monterey Area. Liability. Sponsor/Kristi Cho and Christopher Weaver | Stipulate as Admissible | | |
| 238. | Records subpoenaed | Coroner Division, Monterey. Liability. Sponsor/Venus Azar. | Objection, Hearsay and relevance. | Business record. Ari Gold's cause of death is relevant to Plaintiff's damage claims. | |
| 239. | Records subpoenaed | Natividad Medical Center. Liability. Sponsor/Lilia Trij | Objection. Hearsay. Unable to identify document | Business record. | |
| 240. | Records subpoenaed | Salinas Valley Memorial Hospital Liability. Sponsor/Jennifer Perez | Objection. Unable to identify which portions of document are offered. | | |
| 241. | Defense Statement in Mitigation including attachments | Monterey County Superior Court #19CR008974 (filed November 29, 2022). Liability. Sponsor/Liza Gold and Fed. R. Evid. | Object. Hearsay, relevance and unduly prejudicial. | Statement against interest. Relevant to Plaintiff's liability and damages claims, witness credibility and Defendants' defenses. | |

38

| | | | | | |
|---|---|---|---|---|---|
| 242. | Transcript | Testimony of Ari Gold, Monterey County Superior Court #19CR008974 (Oct. 17, 2022) Liability. Sponsor/Liza Gold, Jeannette Jessup, Alicia Cox, and Fed. R. Evid. | Object as to certain portions of the testimony to the extent that it presents facts that are precluded by motions in limine. | Court may decide following rulings on motions in limine. | |
| 243. | Audio recording | 911 calls, July 23, 2019. Liability. Sponsor/various | Objection, Hearsay, and insufficiently designated. | Business record. | |
| 244. | Records subpoenaed | Monterey County Sheriff's Office. Report YG1606218 Liability. Sponsor/Liza Gold, Officer Gentry | Object. Hearsay, relevance, insufficiently identified, unduly prejudicial, calls for facts sought to be excluded by MILS | Business record to be authenticated by witness. Record of Ari Gold's encounter with law enforcement is relevant to establishing his mental condition and how he got to it, relevant to explaining Defendant's response to Ari Gold's actions. | |
| 245. | Photograph | IMG 0107 Shower well. Liability. Sponsor/David Ritter | Stipulate as Admissible | | |
| | | | Object. | | |

39

| | | | | |
|---|---|---|---|---|
| 246. | Records subpoenaed | Monterey County Sheriff's Office. Report YG1606242 Liability. Sponsor/ Officer Richardson | Hearsay, relevance, insufficiently identified, unduly prejudicial, calls for facts sought to be excluded by MILS, offers undisclosed expert opinions. | Business record to be authenticated by witness. Record of Ari Gold's encounter with law enforcement is relevant to establishing his mental condition and how he got to it, relevant to explaining Defendant's response to Ari Gold's actions. |
| .247. | Records subpoenaed | Monterey County Sheriff's Office. Report YG1903101 Liability. Sponsor/ Officer Norlund | Object.<br><br>Hearsay, relevance, insufficiently identified, unduly prejudicial, calls for facts sought to be excluded by MILS, offers undisclosed expert opinions. | Business record to be authenticated by witness. Record of Ari Gold's encounter with law enforcement is relevant to establishing his mental condition and how he got to it, relevant to explaining Defendant's response to Ari Gold's actions. Officer will testify to his encounter with Ari Gold that day |
| | | | Object. | |

| | | | | |
|---|---|---|---|---|
| 248. | Records subpoenaed | Monterey County Sheriff's Office. Report EG1701529 Liability. Sponsor/Liza Gold Officer F. Carlin | Hearsay, relevance, insufficiently identified, unduly prejudicial, calls for facts sought to be excluded by MILS, offers undisclosed expert opinions. | Business record to be authenticated by witness. Record of Ari Gold's encounter with law enforcement is relevant to establishing his mental condition and how he got to it, relevant to explaining Defendant's response to Ari Gold's actions. Officer will testify to his encounter with Ari Gold that day | |
| 249. | Application | Dept. of Rehab. Damages. Sponsor/Liza Gold | Object. Hearsay, relevance, insufficiently identified, unduly prejudicial, calls for facts sought to be excluded by MILS, offers undisclosed expert opinions. | Business record. Relevant to Plaintiff's liability and damage claims; witness credibility. | |
| 250. | Photograph | Gold. Liability. Sponsor/Christopher Weaver | Object, vague as to which photograph | All photographs were produced, can be identified. | |

41

| | | | | | |
|---|---|---|---|---|---|
| 251. | Photograph | Bathroom. Liability. Sponsor/Christopher Weaver | Object, vague as to which photograph | All photographs were produced, can be identified. | |
| 252. | Photograph | Bathroom. Liability. Sponsor/Christopher Weaver | Object, vague as to which photograph | All photographs were produced, can be identified. | |
| 253. | Photograph | Gun. Liability. Sponsor/Christopher Weaver | Object, vague as to which photograph | All photographs were produced, can be identified. | |
| 254. | Photograph | Bathroom. Liability. Sponsor/Christopher Weaver | Object, vague as to which photograph | All photographs were produced, can be identified. | |

Dated:  April 29, 2025

Respectfully submitted,

WALKER, HAMILTON, & KEARNS, LLP


By:_____/s/*Jeffrey Walker*_____
Walter H. Walker, III
Jeffrey S. Walker
Attorneys for Plaintiffs

1

2

3    Dated:  April 29, 2025                        Respectfully submitted,

4                                                  ROB BONTA
                                                   Attorney General of California
5                                                  ELISABETH A. FRATER
                                                   Supervising Deputy Attorney General
6

7                                                  By:_____/s/*Rohit Kodical*_____
                                                       ROLANDO PASQUALI
8                                                      Deputy Attorney General
                                                   *Attorneys for Defendants State of*
9                                                  *California, by and through the California*
                                                   *Highway Patrol, CHP Officer Kristi Cho*
10                                                 *and CHP Officer Christopher Weaver*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28