Walter H. Walker, III (SB #63117)
Jeffrey S. Walker, (SB #333335)
WALKER, HAMILTON & KEARNS LLP
50 Francisco Street, Suite 460
San Francisco, CA 94133
Tel: (415) 986-3339
Fax: (415) 986-1618
E-Mail: jeff@whk-law.com; e-service@whk-law.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Liza Gold, individually and as successor in interest to Ari Gold,<br><br>Plaintiff,<br><br>v.<br><br>California Highway Patrol, Christopher Weaver, Kristi Cho, Owen Rogers, and DOES 1-15, inclusive,<br><br>Defendants. | Case No. 3:23-cv-03414-RFL<br><br>**JOINT STATEMENT OF INVOLVED INDIVIDUALS**<br><br>**Hearing Date**: May 1, 2025<br>**Hearing Time**: 10:00 a.m.<br>**Location**: 450 Golden Gate Ave., Courtroom 15, 18th Floor, San Francisco, California<br>**Judge**: Hon. Rita F. Lin<br>**Trial Date**: May 19, 2025 |

**I.   ATTORNEYS**

Walter Walker

---

JOINT STATEMENT OF INVOLVED INDIVIDUALS

Jeffrey Walker

Clarissa Kearns

Rolando Pasquali

Kymberly Speer

Rohit Kodical

Elisabeth Frater

## II. SUPPORT STAFF AT TRIAL

Ted Brooks

Tom Caballero

## III. PARTIES

Liza Gold

Kristi Cho

Christopher Weaver

CHP Representative [TBD]

## IV. POTENTIAL WITNESSES

Peter Aguilar

Scott Alameda

Erica Anderson

John Anderson

Leland Atkins

Venus Azar

Bartholomew Bartoli

John Battaglia

| | |
|---|---|
| 1 | Kaitlyn Beadle |
| 2 | Monterey Officer F. Carlin |
| 3 | Dr. John Crenshaw |
| 4 | Clarence Chapman |
| 5 | Kristi Cho |
| 6 | Roger Clark |
| 7 | Cathralynn Cook |
| 8 | Stephanie Corona |
| 9 | Alicia Cox |
| 10 | Linh Dang |
| 11 | Toni Davis |
| 12 | Jason Droll |
| 13 | Ukau Dungca |
| 14 | Eduardo Espiritu |
| 15 | David Foley |
| 16 | Rachel Frase |
| 17 | Dr. Michael Freeman |
| 18 | Jack Friedman |
| 19 | Jason Fries |
| 20 | Virginia Hennessey Gagne |
| 21 | Monterey Officer Gentry |
| 22 | Liza Gold |
| 23 | Michelle Gonsman |
| 24 | Robert Grindy |
| 25 | Jorge Gutierrez |
| 26 | Andrew Herndon |
| 27 | Javier Hidalgo |
| 28 | |

1. Dr. Gale Hull
2. Michael Hunsaker
3. Jeannette Jessup (Court Reporter)
4. Nate Johnson
5. David Kan
6. Meghan Kinney
7. Fred Lombardi
8. Dr. Lucia
9. John Lutz
10. Dr. Judy Melinek
11. Blanca Moreira
12. Erik L. Morris
13. Justin Meyenberg
14. Monterey Officer Norlund
15. Jennifer Perez (Custodian of Records)
16. Scott Peterson
17. Christopher Pia
18. Navigio Quinones
19. Monterey Officer Richardson
20. Trent Riley
21. Jamie Rios
22. David Ritter
23. Greta Scott
24. Dr. Shem
25. Jesus Serrano-Mendoza
26. Ann Marie Stratchan
27. Lilia Trij (Custodian of Records)
28.

1. Lute Vea
2. Austin Vincelet
3. Christopher Weaver
4. Dana Weaver
5. Cindy Williams
6. Lynn Wright
7. Dr. Alan Wu
8. Anita Zannin Vita

DATED: April 29, 2025                         WALKER, HAMILTON & KEARNS, LLP

By: _____/s/*Jeffrey S. Walker*_____
    Walter H. Walker, III
    Jeffrey S. Walker
    Attorneys for plaintiff LIZA GOLD
    individually and as successor in
    interest to ARI GOLD