UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIZA GOLD,<br><br>    Plaintiff,<br><br>v.<br><br>CALIFORNIA HIGHWAY PATROL, et al.,<br><br>    Defendants. | Case No.  23-cv-03414-RFL<br><br>**ORDER DENYING DEFENDANTS' REQUEST TO EXCLUDE ARI GOLD'S TESTIMONY ABOUT CONSENT TO TAKE THE TRUCK** |

Defendants seek to exclude the portion of Ari Gold's criminal trial transcript suggesting that Gold thought he had consent to take the truck. (*See* Dkt. No. 147 at 76:5-77:2). However, because Plaintiff has also designated the trial testimony in which Gold admits shortly afterwards that he pled guilty to taking the truck without the owner's consent, the risk of confusion from admitting that portion of testimony is low. (*See* Dkt. No. 147 at 77:19-23). Moreover, the context around Gold's taking of the truck, and his mindset while doing so, is relevant to his motives and actions once in the house. Defendant's request is therefore **DENIED**.

This ruling does not change the Court's prior ruling precluding Defendants from introducing Ari Gold's vehicle theft conviction records. Indeed, because Plaintiffs are already placing into evidence the trial testimony in which Gold admitted that he pled guilty to this offense, the probative value of such conviction records is further reduced.

   **IT IS SO ORDERED.**

Dated: May 16, 2025

RITA F. LIN<br>
United States District Judge